Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD BURKE,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC MERCANTILE BANCORP, DENIS P. KALSCHEUR, JAMES F. DEUTSCH, BRAD R. DINSMORE, MANISH DUTTA, SHANNON F. EUSEY, MICHAEL P. HOOPIS, ANNE MCCALLION, MICHELE S. MIYAKAWA, DAVID J. MUNIO, and STEPHEN P. YOST,<br><br>    Defendants. | Case No: 1:21-cv-02532-ENV-RLM<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff Richard Burke hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated: August 2, 2021

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** _____8/3/2021_____

_____/s/ Eric N. Vitaliano_____
**Eric N. Vitaliano**
**United States District Judge**

2